UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JAMES HUGHES,

    Plaintiff,

vs.                                 Case No.
                                      HON.

BEKO TECHNOLOGIES CORPORATION, INC.

    Defendant,

---

HUIZENGA & HERGT, P.C.
Rudy J. Huizenga (P-26718)
Attorney for Plaintiff
1415 Penobscot Building
Detroit, Michigan 48226
(313) 963-4200
Lawemp@aol.com

---

## COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, James Hughes, by and through his attorneys HUIZENGA & HERGT, P. C., and complains against the Defendant, BEKO Technologies Corporation, Inc., and states as follows:

1. That James Hughes is a citizen and resident of the city of Ypsilanti, State of Michigan.

2. That Defendant, BEKO Technologies Corporation, Inc., is a foreign corporation with its headquarters and principal place of business in the State of Georgia, and is doing business in the State of Michigan.

3. That this case is brought pursuant to the Court's diversity of citizenship jurisdiction, 28 USC 1332, because both parties are citizens of different states.

4. That the amount of this controversy exceeds $75,000.00.

5. That Plaintiff's date of birth is October 14, 1959.

6. That Plaintiff began his employment with the Defendant on April 3, 2006, in the position of Regional Sales Manager-Midwest Territory.

7. That prior to working for Defendant Plaintiff has successfully worked as an outside salesman in the compressed air treatment business for over 20 years.

8. That Plaintiff performed his duties well by doubling his sales and commissions from $47,000 the first year of his employment with Defendant, to over $100,000 the last year of his employment.

9.  That due to his good work performance Defendant promised to promote Plaintiff to Vice President of Sales during the first quarter of 2012.

9.  That in September of 2012, due to his good work performance, Defendant agreed to pay Plaintiff a minimum of $125,000 in salary and bonus for 2012, regardless of his sales results.

10. That in September of 2012 Defendant agreed to pay Plaintiff $125,000 for 2013, in salary and bonus regardless of his sales results that year.

11. That Defendant did not promote Plaintiff to Vice President and did not pay him $125,000 for 2012.

12. That in spite of his good work performance Plaintiff was terminated on November 29, 2012, at age 53.

13. That Plaintiff was replaced by a younger less qualified employee, Adam Zimmerman, age 30.

14  That by virtue of the foregoing, the Defendant has violated Michigan's Elliot-Larsen Civil Rights Act, MCLA 37.2101, et. seq. which prohibits age discrimination in employment.

15.  That as a result of Defendant's actions Plaintiff has lost wages and benefits, past and future and has suffered extreme mental anguish which he will continue to suffer for the rest of his life.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for reinstatement to his former position, for compensatory and exemplary damages in excess of Seventy Five Thousand Dollars ($75,000.00), together with interest thereon, costs, attorney fees and any other relief which the Court deems just.

HUIZENGA & HERGT, P.C.
Attorneys For Plaintiff

By: /s/ Rudy J. Huizenga
RUDY J. HUIZENGA (P26718)
1415 Penobscot Building
Detroit, MI 48226
(313) 963-4200
Lawemp@aol.com

Dated: March 19, 2013

4

## DEMAND FOR JURY TRIAL

NOW COMES the Plaintiff, James Hughes, by and through his attorneys, Huizenga & Hergt, P. C., and hereby demands a trial by jury of this cause of action.

HUIZENGA & HERGT, P.C.
Attorneys for Plaintiff

By: _/s/ Rudy J. Huizenga_
Rudy J. Huizenga (P26718)
1415 Penobscot Building
Detroit, MI 48226
(313) 963-4200
Lawemp@aol.com

Dated: March 19, 2013